## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**DAVID RHEE, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF RYAN ASHOO, deceased,**

      **Plaintiff,**

      **v.**                          **Civ. No. 25-1106 JMR/JFR**

**CORECIVIC, INC., CHAD MILLER, Warden,
in his individual and official capacities, JOHN
AND JONE DOES 1-5, MD/NP, in their
individual and official capacities, JOHN AND
JANE DOES 6-10, in their individual and
official capacities, and JACOB LEE, in his
official capacity as records custodian,**

      **Defendants.**

### ORDER FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER

**THIS MATTER** is before the Court *sua sponte*.  On November 13, 2025, Defendant CoreCivic, Inc. ("CoreCivic") filed a *Motion to Dismiss Plaintiff's Complaint* ("*Motion*").  Doc. 4.[1]  Pursuant to FED. R. CIV. P. 16(b)(2), the Court finds good cause to delay entering a scheduling order pending a ruling on Defendant CoreCivic's *Motion*.  The Court, therefore, will **VACATE** the instructions, deadlines, and hearings in the Initial Scheduling Order (Doc. 3).  The Court will issue a scheduling order and set a Rule 16 scheduling conference after Defendant Jacob Lee enters an appearance and the *Motion* has been resolved by the Court.

      **IT IS SO ORDERED.**

                                                 _____
                                                 **JOHN F. ROBBENHAAR**
                                                 **United States Magistrate Judge**

---

[1] Therein, Defendant CoreCivic clarified that the *Motion* "is brought by CoreCivic only.  Defendant Jacob Lee has not been served."  Doc. 4 at 1 n.1.  It appears, then, that Defendants CoreCivic and Defendant Lee will not be proceed contemporaneously by virtue of shared counsel and/or filings.

1