**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

DAVID RHEE, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF RYAN ASHOO, deceased,

      Plaintiff,

v.                                        Case No. 1:25-cv-1106-MLG-JFR

CORECIVIC, INC., et al.,

      Defendants.

**ORDER VACATING FEBRUARY 27, 2026 HEARING AND**
**FINDING GOOD CAUSE TO DELAY RULE 16 SCHEDULING CONFERENCE**

The Court hereby vacates the hearing set for February 27, 2026, at 9:30 a.m. in the Cimarron Courtroom. *See* Docs. 25, 26, 35.

Defendant CoreCivic, Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. 4) was filed on November 13, 2025. Doc. 4. Defendant Jacob Lee filed a Motion to Dismiss Plaintiff's Complaint on January 27, 2026. Doc. 29. Pursuant to Federal Rule of Civil Procedure 16(b)(2), the Court finds good cause to delay entering a scheduling order pending a ruling on Defendants' motions to dismiss. Therefore, the Court will vacate all instructions, deadlines, and hearings in the Initial Scheduling Order (Doc. 26) and reschedule the scheduling conference, if necessary, when the motions have been resolved.

It is so ordered.

                                                _____

                                            UNITED STATES DISTRICT JUDGE
                                            MATTHEW L. GARCIA